UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRIAN L. SMITH,<br><br>         Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>         Defendant.<br>_____/ | No. C 14-3462 VC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     January 13, 2015<br>Mediator:  Eric Ivary |

IT IS HEREBY ORDERED that the request to excuse defendant Metropolitan Life Insurance Company's counsel, Lindsay Lippman, from appearing in person at the January 13, 2015, mediation before Eric Ivary is GRANTED. Ms. Lippman shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

January 7, 2015                                    By: _____
Dated                                                             Maria-Elena James
                                                                       United States Magistrate Judge