UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

BRIAN L. SMITH,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

_____/

No. C 14-3462 VC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    January 13, 2015
Mediator:    Eric Ivary

    IT IS HEREBY ORDERED that the request to excuse defendant Metropolitan Life Insurance Company's counsel, Lindsay Lippman, from appearing in person at the January 13, 2015, mediation before Eric Ivary is GRANTED. Ms. Lippman shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 7, 2015

Dated

By: _____

Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California