UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 14-cv-03462-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the Certification of ADR Session filed on January 14, 2015 that the parties have resolved this case through mediation. (Dkt. No. 28). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

The Court appreciates the assistance of Eric Ivary with the mediation of this case.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
VINCE CHHABRIA
United States District Judge